# United States District Court
## District of Massachusetts

ERICSON BENJAMIN,  )
          Plaintiff  )  ORDER ON APPLICATION
                               )  TO PROCEED WITHOUT
   v.                        )  PREPAYMENT OF FEES
                               )
FRANKLIN COUNTY JAIL,  )
          Defendant  )  Civil Action No.

**04 - 30049 - KPN**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒   GRANTED.

    ☒   The clerk is directed to file the complaint.

    ☒   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

ENTERED on   March 8, 2004  .

                                                  /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge