1

United States District Court
District of Massachusetts

Ericson Benjamin      04-30049-KPN
VS.                   6th February 2004

Franklin County Jail
160 Elm Street
Greenfield, MA 01301

Immigration and Naturalization
Service
450 Main Street
Hartford Conn 06103

United States District Court
   District of Conneticut
450 Main Street
Hartford Conn. 06103

Petition writ of Habeas Corpus
   Class Action Suit

This is a Habeas Class Action Case Brough
by Ericson Benjamin A prisoner at Franklin
County - to the State of Massachusetts,
The State of Conneticut, The Immigration

and Naturalization Service and Franklin County Jail, for violation of civil rights, state and federal codes at Franklin County. It is very clear that Franklin County Jail facility violates the standards set forth for the jail in the Commonwealth, as well as the constitutional rights of the imprisoned inmates at Franklin County.

For example:

1) Their are twice as many prisoners housed at Franklin County facility.
2) No ventilation.
3) Lead paint.
4) Tiny cells.
5) ~~Inad~~equacies in the plumbing system.
6) Fire safety - ie no way of venting smoke, and next to no chance of escape for prisoners incase of emergency.
7) Lack of central locking mechanism for all the cells is a serious and major violation of state standards, all the cells at Franklin County facility must be open individually - incase of fire someone would have to go around and unlock each cell releasing the prisoners two at a time - which will make evacuation of the building virtually impossible - making the Franklin County Jail unsafe - and

unable to save the prisoners or everyone.

8) In Addition to the cells being difficult to open incase of Emergency, once inside It's barely large enough to take a decent size step or stride in any direction.

9) No Furnishing except a Bed and toilet and Sink unit, that's installed directly Adjacent to the door, thus eliminating any possibity of privacy.

10) The Showers Are in Clear view of the Female Correctional officers. As well as the Toilets which is an indignity towards the prisoners at Franklin County

11) Our meals that are Suppose to be hot, Are Cold on a Continuous basices when this issue is brough to the Attention of the Supervisor we Are treated and spoke to with great disrespect.

12) Our Recreating area is beyond Small, It's small to the point of two people can not walk by each other without turning Sideways to go by.

4

what a shame and disgrace of state and Federal violation. If it please the court to at lease have the Immigration detainee relocated at a Federal Institution. No Immigration prisoners should be housed or detained at a state or local county facility under such condition stated. I respectfully ask the court to grant petitioners class action suit and close Franklin County Jail. Base on the merits of this violation both state and Federal and the Constitutional rights of all the prisoners. I hope that the court will be just in the seriousness of these matters and to act accordingly and appropriately. Base on these findings - It is clear of the facts that Franklin County Jail is in major violation of the civil rights of the prisoners at the facility. The Immigration detainee are treated like animals having to use the toilet and showers in open view of male and female officers. Yes, our freedom is somewhat lost, but we should not be force to give up our dignity as well.

5

I ask the Court Respectfully in Accordance with State, Federal codes that Franklin County Jail be close immediately. And or at lease Transfer or Remove all Inmates at Franklin County facility, especially the Immigration detainees awaiting court ruling from the Second Circuit or deportation status.

Respectfully Submitted
Ereson Benjamin
160 Elm Street
Greenfield, MA 01301
#724320

# CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing petition was sent via mail postage on this day 6th of FEB 2004

United State District Court
District of Massachusetts
450 Main Street
Greenfield, MA 01302

United State District Court
District of Connecticut
450 Main Street
Hartford Conn 06103

United States Immigrations and
Naturalization Service
450 Main Street
Hartford Conn 06103

Respectfully Submitted
Erickson Benjamin
160 Elm Street
Greenfield MA 01301