UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICSON BENJAMIN<br>        Plaintiff,<br>v.<br>FRANKLIN COUNTY JAIL, et al.<br>        Defendants. | CIVIL ACTION<br>NO. 0430049-KPN |

FILED
CLERK'S OFFICE

2004 MAY 12  A 10: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant FRANKLIN COUNTY JAIL in the above-entitled action.

Respectfully submitted,
Commonwealth of Massachusetts
By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

William P. O'Neill  BBO#379745
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413)784-1240 FAX: 784-1244