CA. 04-30049 KPN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  ✓ Felton     B. Date of Delivery  12 Jun 04<br>C. Signature<br>X _____   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br>Franklin County Jail<br>160 Elm Street<br>Greenfield MA  01301 | 3. Service Type<br>XX Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 2870 0000 2653 1278 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952