CA
04-30049-KPN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery 6-14-04<br>C. Signature<br>X _____ ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br>William P. O"Neil, Esquire<br>Office of the Attorney General<br>Western Mass. Division<br>1350 Main Street<br>Springfield MA  01103 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>000 2870 0000 2653 1285 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952