**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela Hunt, Attorney General
Chief Appellate Division
One Ashburton Place, 18th Floor
Boston MA   02108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
JUN

C. Signature
X _____    ☐ Agent
                     ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number (Copy from service label)
7000 2870 0000 2653 1254

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

UNITED STATES POSTAL SERVICE

‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
1550 Main Street
Springfield, MA 01103

CA 04-30049-KPN