UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICSON BENJAMIN<br>                Plaintiff,<br>v.<br>FRANKLIN COUNTY JAIL, et al.<br>                Defendants. | CIVIL ACTION<br>NO. 043 CV 0049-KPN<br><br>04 CV 30049-KPN |

## THE DEFENDANT FRANKLIN COUNTY JAIL'S MOTION TO DISMISS

Pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendant Franklin County Jail moves this Court to dismiss the above-entitled action for failure to state a claim upon which relief can be granted.

In support of such Motion, the Defendant states that the Eleventh Amendment of the United States Constitution bars a suit in federal court against a state or its agencies. The Defendant incorporates by reference its Memorandum of Law in Support of its Motion as if expressly set forth herein.

WHEREFORE, the Defendant Franklin County Jail respectfully requests that the above action be dismissed for failure to state a claim upon which relief can be granted.

                              Respectfully submitted,
                              Commonwealth of Massachusetts
                              By Its Attorney,

                              THOMAS F. REILLY
                              ATTORNEY GENERAL

                              William P. O'Neill  BBO#379745
                              Assistant Attorney General
                              Western Massachusetts Division
                              1350 Main Street
                              Springfield, MA 01103-1629
                              (413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, Western Massachusetts Division, 1350 Main Street, Springfield, MA 01103-1629 do hereby certify that on July 6, 2004, I caused the foregoing Defendant Franklin County Jail's Motion to Dismiss and the Defendant Franklin County Jail's Memorandum of Law in Support of Its Motion to Dismiss to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to the Plaintiff Ericson Benjamin, Pro Se, 160 Elm Street, Greenfield, Massachusetts 01301

William P. O'Neill
Assistant Attorney General