AO 450 (Rev. 5/85) Judgment in a Civil Case

SCANNED

# United States District Court

DISTRICT OF __MASSACHUSETTS__

ERICSON BENJAMIN,

                                    JUDGMENT IN A CIVIL CASE

V.

FRANKLIN COUNTY JAIL,          CASE NUMBER: 04-30049-KPN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    JUDGMENT entered for the Defendant, Franklin County Jail pursuant to the electronic endorsed order of the Court entered on August 6, 2004 granting the Defendant's motion to dismiss, no opposition having been filed.

August 11, 2004                    TONY ANASTAS

Date                                  Clerk

                                        *Mary Finn*

                                    (By) Deputy Clerk